IN THE U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CHARLES H. CRUMBLEY, JR<br>as Administrator of the Estate of<br>ROBERT F. HANKINS,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARTHUR LEWIS TROLLINGER, et. al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  No. 3:08 0160<br>)  JURY DEMAND<br>)<br>)<br>)<br>)<br>) |

*[Handwritten order across right side:]* ORDER — The motion is DENIED without prejudice for filing with the Judge who has the earlier filed related action. [signature] 4-10-8

## MOTION TO CONSOLIDATE WITH EARLIER FILED CASE

Comes now your Defendant, Dunlap & Kyle ("Dunlap & Kyle"), and pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, respectfully moves this Court for an order consolidating this lawsuit (Docket No. 3:08 0160) with the *previously* filed case filed in the U.S. District Court for the Middle District of Tennessee which is styled as follows:

| | |
|---|---|
| JOAN MOODY, and<br>DEBBIE RATZLAFF,<br>as the Natural Children, and Next of Kin of<br>BETTY WERNER HANKINS,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARTHUR LEWIS TROLLINGER, DEAN COOPER,<br>CLAYTON HOMES, INC., CMH HOMES, INC.,<br>CMH MANUFACTURING, INC., DUNLAP AND<br>KYLE COMPANY, INC. ("D & K"), DUNLAP AND<br>KYLE COMPANY, INC. ("D & K TIRE"), GATEWAY<br>TIRE AND SERVICE CENTER AND SOUTH CHINA<br>TIRE AND RUBBER COMPANY LIMITED,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 3-07-0816<br>)  JURY DEMAND<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |